# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| PAMELA POWELL, | Case No. 19-CV-1590 (JRT/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| WAL-MART STORES, INC.; WALMART INC.; WAL-MART ASSOCIATES, INC.; ANDREW PETERSON; RONALD ADAMS; TRACIE WATKINS WORM; REID CHARPENTIER; BRET MCCAL; JANE DOE; WALMART JACK DOE I; WALMART JACK DOE II; JAMES R. WALDHOUSER; PARKER T. OLSON; COUSINEAU, WALDHAUSTER & KIESELBACH, P.A.; JAMES BAUMGARTH; RONALD M. STARK; CARL SOMMERER; MICHAEL G. SCHULTZ; SOMMERER & SCHULTZ, PLLC; MICHAEL SCHULTZ LAW FIRM; SCOTT A KRUGER; AARON FERGUSON LAW; COLLEEN DAVIS; MINNESOTA DEPARTMENT OF ECONOMIC DEVELOPMENT; PATRICIA CLARK; CLAIMS MANAGEMENT, INC., doing business as Arkansas Claims Management, Inc.; ALYSHA PHIPPS; NEW HAMPSHIRE INSURANCE COMPANY; BERNARD SANDERS; MARK B. DAYTON; SAND PROPERTY MANAGEMENT, LLC; SAND PROPERTY MAINTENANCE, LLC; RENEE RETTERRATH; BRIAN SANS CRANTE; JESSE ATWOOD; ATWOOD JANE DOE I; and JANE DOE II, | |
| Defendants. | |

Pamela Powell, P.O. Box 541, Chanhassen, MN 55317, *pro se* plaintiff.

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly**, IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of plaintiff Pamela Powell (Docket No. 2) is **DENIED**.

Dated: December 3, 2019
at Minneapolis, Minnesota

                                       s/John R. Tunheim
                                       JOHN R. TUNHEIM
                                       Chief Judge
                                       U.S. District Court